1  **RIGHETTI GLUGOSKI, P.C.**
2  JOHN GLUGOSKI (SBN 191551)
   220 Halleck Street, Suite 220
3  San Francisco, CA 94129
4  T: 415.983.0900 / F: 415.397.9005

5  Attorneys for Plaintiff REUBEN NATHAN

6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
   | REUBEN NATHAN, individually and on behalf of all others similarly situated, | Case No.: 8:20-cv-01453-DOC-KES |
   |---|---|
   | Plaintiff, | |
   | v. | **NOTICE OF SETTLEMENT** |
   | REFORM SOLUTIONS INCORPORATED, and TITAN MUTAL LENDING, INC., | |
   | Defendants. | |

Pursuant to Local Rule 40-2, this shall serve as notice that the parties have reached a settlement of Plaintiff's individual claims. The Parties are in the process of drafting and executing a general release of all of Plaintiff's claims and will file a dismissal of the action shortly

The Parties have agreed to settle Plaintiff's individual claims without prejudice to the claims or rights of those Plaintiff sought to represent in this Action. Since this matter is in its early stages, no class notice was sent to the unnamed class members regarding this Action, and their rights are not affected by the settlement of Plaintiff's individual claims. The dismissal of this Action will not prejudice the unnamed class members whose claims will be dismissed without prejudice.

Dated: February 11, 2021

RIGHETTI GLUGOSKI, P.C.

/s/ *John Glugoski*
John Glugoski
Attorneys for Plaintiff

.

## **FILER'S ATTESTATION**

I, John Glugoski, am the ECF User whose identification and password are being used to file this Notice of Settlement. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Attorneys Kevin Polansky and Darin Dominguez concur in this filing's content and has authorized its filing.

Dated: February 11, 2021     By:     */s/ John Glugoski*
                                      John Glugoski

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Lesley E. Phillips*