1  MATTHEW RIGHETTI, ESQ. (SBN 121012)
   matt@righettilaw.com
2  JOHN GLUGOSKI, ESQ. (SBN 191551)
   jglugoski@righettilaw.com
3  **RIGHETTI GLUGOSKI, P.C.**
   220 Halleck Street, Suite 220
4  San Francisco, CA 94129
   Telephone: (415) 983-0900
5
   Attorneys for Plaintiff,
6

7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12 | REUBEN NATHAN, individually and on behalf of all others similarly situated, | Case No.: 8:20-cv-01453-DOC-KES
13 |                Plaintiff,                                                   | **JOINT STIPULATION FOR DISMISSAL**
14 |                v.                                                           |
15 | REFORM SOLUTIONS INCORPORATED, and TITAN MUTAL LENDING, INC.,               |
16 |                                                                             |
17 |                Defendants.                                                  |

---

JOINT STIPULATION FOR DISMISSAL

61477221v.1

Pursuant to the October 19, 2021 Court Order (DKT 59), the parties hereby submit the following stipulation and proposed order:

IT IS HEREBY STIPULATED by and between Plaintiff, Reuben Nathan ("Plaintiff") and Defendants REFORM SOLUTIONS INCORPORATED, and TITAN MUTAL LENDING, INC., ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel of record, as follows:

1. On August 4, 2020, Plaintiffs initiated this action.

2. The Parties to this action reached an agreement settling all matters in their entirety. The settlement documents have been executed by all Parties.

3. Accordingly, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedures, Plaintiff hereby dismisses this action, effective October 20, 2021, in its entirety with prejudice, including all claims for relief alleged, with each side to bear its own legal fees and costs, except as set forth under the terms of the settlement agreement.

IT IS SO STIPULATED.

Dated:  October 20, 2021           RIGHETTI GLUGOSKI, P.C.

                                   /s/ John Glugoski
                                   Matthew Righetti
                                   John Glugoski

                                   Attorneys for Plaintiff
                                   REUBEN NATHAN

Dated: October 20, 2021            NELSON MULLINS, RILEY & SCARBOROUGH LLP

|   |   |
|---|---|
|   | /s/ *Lauren A. Deeb* <br> Lauren A. Deeb <br> Kevin P. Polansky <br> Christine M. Kingston <br><br> Attorneys for Defendant <br> TITAN MUTUAL LENDING, INC. |
| Dated: October 20, 2021 | THE LAW OFFICE OF DARIN DOMINGUEZ <br><br> /s/ *Darin Dominguez* <br> Darin Dominguez, Esq. <br><br> Attorney for Defendant REFORM SOLUTIONS INCORPORATED |

JOINT STIPULATION OF DISMISSAL

61477221v.1