**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN NATHAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REFORM SOLUTIONS INCORPORATED, and TITAN MUTAL LENDING, INC.,<br><br>　　　　　　Defendants. | Case No.: 8:20-cv-01453-DOC-KES<br><br>**PROPOSED ORDER<br>RE: DISMISSAL [60]** |

ORDER OF DISMISSAL

In light of the parties' stipulation dated October 20, 2021 dismissing this case in its entirety based on a settlement of all claims, this matter is dismissed in its entirety with prejudice, effective October 20, 2021.

**IT IS SO ORDERED.**

DATED: October 26, 2021

_____
Hon. David O. Carter
United States District Judge